UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

## Case Number: 10-61626-CIV-MARTINEZ-BROWN

KEN FELDMAN,

     Plaintiff,

vs.

NATIONS RECOVERY CENTER
INCORPORATED,

     Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal With

Prejudice (**D.E. No. 6**).  It is:

    **ADJUDGED** that this action is DISMISSED with prejudice.  It is also:

    **ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case

is CLOSED.

    DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of October, 2010.

                              _____

                              JOSE E. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record